**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHRISTOPHER STEPHENS and ABRANDA STEPHENS** — **PLAINTIFFS**

**v.** — **No. 3:25-cv-166-DPM**

**SHERRIE WILLIAMS, APRN, Individually and in her official capacity; WHITE RIVER MEDICAL CENTER; SHERRY DAVIDSON, Individually and as Izard County Jail Administrator; KELLIE SMITH; and IZARD COUNTY, ARKANSAS** — **DEFENDANTS**

# ORDER

**1.** Motion, *Doc. 26*, granted. Williams's reply, *Doc. 26-1*, is deemed filed. In the future, any moving party may reply within seven calendar days of the response.

**2.** Williams moves to dismiss the complaint against her for improper service, *Doc. 12*. Fed. R. Civ. P. 12(b)(4). This case started in state court. Other defendants removed it. This Court granted several extensions to serve Williams, the last was a final extension. *Doc. 9*. The Stephenses served Williams, but the service was defective because they served her with a state court summons—not one from this Court. *Doc. 12-1*. A few months later, after the time for service had expired, the Stephenses re-served Williams, this time with the correct process.

Considering all the circumstances, the Stephenses have shown excusable neglect. *Kurka v. Iowa County, Iowa*, 628 F.3d 953, 958–60 (8th Cir. 2010). Lawyers are busy. The mistake post-removal is understandable. The Stephenses' lawyers should have cured sooner. And they should pay more attention to important details. But there's no indication of bad faith. And there's no real prejudice to Williams. *Kurka*, 628 F.3d at 959. The case is just starting; and our law prefers decisions on the merits. The Court therefore reopens the time for service *nunc pro tunc* and extends the service deadline to 30 April 2026. The motion to dismiss, *Doc. 12*, is denied.

**3.** The Stephenses' motion to amend, *Doc. 27*, is granted. Fed. R. Civ. P. 15(a)(2). Their amended complaint is due by 28 August 2026.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

18 August 2026